Paul D. Powell (7488)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tturner@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJOY WATSON, an individual,<br><br>             Plaintiff,<br>      v.<br><br>DOLGEN MIDWEST, LLC, DBA DOLLAR GENERAL CORPORATION, a domestic limited-liability company; et al.,<br><br>             Defendant. | Case No. 22-cv-00648-APG-NJK<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT'S MOTION TO COMPEL**<br><br>[Docket Nos. 25, 26] |

On February 13, 2023, defendant Dolgen Midwest, LLC, dba Dollar General Corporation filed a motion to compel regarding certain contention interrogatories.[1]  After further discussion regarding the interrogatories, the parties stipulate that:

1. Defendant hereby withdraws its motion to compel, and
2. Plaintiff LaJoy Watson will supplement interrogatories 23-26 by March 13, 2023.

Dated February 27, 2023.                        Dated February 27, 2023.

**THE POWELL LAW FIRM**                      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Paul D. Powell                             By: /s/ Jonathan C. Pattillo
Paul D. Powell (7488)                              Michael P. Lowry (10666)
Traysen N. Turner (16017)                          Jonathan C. Pattillo (13929)
Attorneys for Plaintiff                            Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  February 28, 2023

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* ECF No. 25.

- 1 -