Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJOY WATSON, an individual,<br><br>Plaintiff,<br>vs.<br><br>DOLGEN MIDWEST, LLC, DBA DOLLAR GENERAL CORPORATION, a domestic limited-liability company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00648-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT DOLGEN MIDWEST, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The parties stipulate to extend plaintiff Lajoy Watson's deadline to respond to defendant Dolgen Midwest, LLC's motion for summary judgment, ECF No. 30, by 14 days. This extension sets the new response deadline on June 6, 2023.

Dated May 19, 2023.

**THE POWELL LAW FIRM**

By: /s/ Tom W. Stewart
Tom W. Stewart (14280)
Attorneys for Plaintiff

Dated May 19, 2023.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Michael P. Lowry
Michael P. Lowry (10666)
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

*ANDREW P. GORDON*
*UNITED STATES DISTRICT JUDGE*
DATED: May 22, 2023

- 1 -