Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJOY WATSON, an individual,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>DOLGEN MIDWEST, LLC, DBA DOLLAR GENERAL CORPORATION, a domestic limited-liability company, et al,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-00648-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO OBJECT TO DEFENDANT DOLGEN MIDWEST, LLC'S BILL OF COSTS**<br><br>**(FIRST REQUEST)** |

The parties stipulate to extend plaintiff LaJoy Watson's deadline to file her objection to defendant Dolgen Midwest, LLC's bill of costs, ECF No. 45, by 30 days, and to toll the clerk's taxation of costs consistent with that extension. This extension sets the new objection deadline on February 2, 2024.

Dated December 21, 2023.

**THE POWELL LAW FIRM**

By: Tom W. Stewart
Tom W. Stewart (14280)
Attorneys for Plaintiff

Dated December 21, 2023.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: Michael P. Lowry
Michael P. Lowry (10666)
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

Dated: January 3, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Page **1** of **1**