# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAJOY WATSON, | Case No.: 2:22-cv-00648-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| DOLGEN MIDWEST, LLC, | |
| Defendant | |

I ORDER that the proposed joint pretrial order is due by February 26, 2025.

DATED this 5th day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE