Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAJOY WATSON, an individual, | Case No. 2:22-cv-00648-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FILE JOINT PRETRIAL ORDER** |
| vs. | |
| DOLGEN MIDWEST, LLC, DBA DOLLAR GENERAL CORPORATION, a domestic limited-liability company, et al, | **(FIRST REQUEST)** |
| Defendant. | |

The parties hereby stipulate to a 30-day extension in which to file the joint pretrial order in this matter. Plaintiff's counsel just completed a three-week jury trial and is scheduled to sit for the Bar exam in Hawaii beginning on February 25, 2025. The stipulated deadline to file the joint pretrial order would be March 28, 2025.

Dated February 25, 2025.

**THE POWELL LAW FIRM**

By: /s/ Tom W. Stewart
Tom W. Stewart (14280)
Attorneys for Plaintiff

Dated February 25, 2025.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Michael P. Lowry
Michael P. Lowry (10666)
Attorneys for Defendant

## ORDER

IT IS SO ORDERED:

Dated: March 11, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page **1** of 1