Paul D. Powell (7488)
Tom W. Stewart (14280)
**The Powell Law Firm**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**United States District Court**
**District of Nevada**

| | |
|---|---|
| LaJoy Watson, an individual, | Case No. 2:22-cv-00648-APG-NJK |
| Plaintiff, | **Stipulation and Order to Extend Deadline File Joint Pretrial Order** |
| vs. | |
| Dolgen Midwest, LLC, dba Dollar General Corporation, a domestic limited-liability company, et al, | **(Second Request)** |
| Defendant. | |

The parties hereby stipulate to a two-week extension in which to file the joint pretrial order in this matter. The parties are diligently working to streamline the joint pretrial order but require an additional brief extension in order to do so. The stipulated deadline to file the joint pretrial order would be April 11, 2025.

Dated March 28, 2025.                                           Dated March 28, 2025.

**The Powell Law Firm**                                         **Wilson Elser Moskowitz Edelman & Dicker LLP**

By: /s/ Tom W. Stewart                                          By: /s/ Jonathan C. Pattillo
Tom W. Stewart (14280)                                          Michael P. Lowry (10666)
Attorneys for Plaintiff                                         Jonathan C. Pattillo (13929)
                                                                Attorneys for Defendant

**Order**

It is so ordered.

Dated: March 31, 2025

_____
United States District Court Judge

Page **1** of **1**