Paul D. Powell (7488)
Tom W. Stewart (14280)
Traysen N. Turner (16017)
THE POWELL LAW FIRM
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAJOY WATSON, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>DOLGEN MIDWEST, LLC, dba DOLLAR GENERAL CORPORATION, a domestic limited-liability company, et al,<br><br>Defendant. | Case No. 2:22-cv-00648-APG-NJK<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL |

　　　The parties stipulate to continue trial in this matter. LaJoy's knee surgery has been scheduled for February 12, 2026. The parties wish to continue trial long enough to allow LaJoy to complete any post-surgical physical therapy and for the parties to complete any necessary supplemental disclosures and expert reporting. The parties have conferred and suggest the weeks of June 29, July 20, and July 27, 2026, if available.

| | |
|---|---|
| Dated December 10, 2025. | Dated December 10, 2025. |
| THE POWELL LAW FIRM | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| By: /s/ Tom W. Stewart<br>Tom W. Stewart (14280) | By: /s/ Michael P. Lowry<br>Michael P. Lowry (10666) |

ORDER

January 26, 2026, Jury Trial VACATED and CONTINUED to August 3, 2026, at 9:00 a.m. January 20, 2026 Calendar Call VACATED and CONTINUED to July 28, 2026 at 9:00 a.m. December 17, 2025, Scheduling Conference is VACATED and CONTINUED to July 14, 2026, at 9:00 a.m. All in Courtroom 6C.

Dated: **December 11, 2025**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE