Paul D. Powell (7488)
Tom W. Stewart (14280)
Traysen N. Turner (16017)
**POWELL STEWART**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJOY WATSON, an individual, | Case No. 2:22-cv-00648-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL (SECOND REQUEST)** |
| vs. | |
| DOLGEN MIDWEST, LLC, dba DOLLAR GENERAL CORPORATION, a domestic limited-liability company, et al, | |
| Defendant. | |

The parties stipulate to continue trial in this matter. LaJoy was unable to undergo her previously scheduled knee surgery due to abnormal A1C levels. Unfortunately, before she was able to reschedule her surgery, she fell and suffered a left knee tibial plateau fracture that required immediate surgical intervention. The parties wish to continue trial long enough to allow LaJoy to complete any post-surgical physical therapy, determine if she will undergo further surgery for her previous injuries and for the parties to complete any supplemental disclosures and expert reporting, if needed. The parties have conferred and suggest a new trial date of November 30, 2026, if available.

Dated June 18, 2026.

**POWELL STEWART**

By: /s/ Tom W. Stewart
Tom W. Stewart (14280)

Dated June 18, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Jonathan C. Patillo
Michael P. Lowry (10666)
Jonathan C. Patillo (13929)

Watson v. Dolgen Midwest, LLC
Case No. 2:22-cv-00648-APG-NJK

### ORDER

**IT IS SO ORDERED**. The trial currently scheduled for August 3, 2026 is vacated and continued to November 30, 2026 at 9:00 a.m. in Las Vegas Courtroom 6C. Calendar currently scheduled for July 28, 2026 is vacated and continued to November 24, 2026 at 9:00 a.m. in Las Vegas Courtroom 6C.

IT IS SO ORDERED:

Dated:_ June 22, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE