Paul D. Powell (7488)
Tom W. Stewart (14280)
Traysen N. Turner (15016)
**POWELL STEWART**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAJOY WATSON, an individual,

Plaintiff,

vs.

DOLGEN MIDWEST, LLC, DBA DOLLAR GENERAL CORPORATION, a domestic limited-liability company, et al,

Defendant.

Case No. 2:22-cv-00648-APG-NJK

**STIPULATION AND ORDER TO CONTINUE DEADLINE FILE OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE NUMBERS 1-4**

**(FIRST REQUEST)**

The parties hereby stipulate to a 45-day continuance for the filing of plaintiff's oppositions to defendant's motions in limine numbers 1 through 4 to better align with the court-ordered deadline for plaintiff's motions in limine. The stipulated deadline for plaintiff's oppositions would be October 22, 2026.

Dated September 3, 2026.

**POWELL STEWART**

By: /s/ Tom W. Stewart
Tom W. Stewart (14280)
Attorneys for Plaintiff

Dated September 3, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Jonathan C. Patillo
Michael P. Lowry (10666)
Jonathan C. Patillo (13929)
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: September 9, 2026

United States District Court Judge