WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dolgen Midwest, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lajoy Watson, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Dolgen Midwest, LLC, dba Dollar General Corporation, a domestic limited-liability company; Doe Individuals I-X, inclusive; and Roe Corporations I-X, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-648-APG-NJK<br><br>**Dolgen Midwest, LLC's Motion to Remove from Service List** |

Dolgen Midwest, LLC requests to remove attorney Michael P. Lowry and Jonathan C. Pattillo from the CM/ECF electronic service list. Jorge A. Ramirez has replaced them as counsel for Dolgen Midwest, LLC.

DATED this 28th day of September, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Jorge Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
Attorneys for Dolgen Midwest, LLC

IT IS SO ORDERED.
Dated: September 28, 2026

Nancy J. Koppe
United States Magistrate Judge