Paul D. Powell (7488)
Tom W. Stewart (14280)
Traysen N. Turner (15016)
**POWELL STEWART**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJOY WATSON, an individual,<br><br>Plaintiff,<br>vs.<br><br>DOLGEN MIDWEST, LLC, DBA DOLLAR GENERAL CORPORATION, a domestic limited-liability company, et al,<br><br>Defendant. | Case No. 2:22-cv-00648-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FILE OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE NUMBERS 1-4**<br><br>**(SECOND REQUEST)** |

The parties hereby stipulate to a one-week continuance for the filing of plaintiff's oppositions to defendant's motions in limine numbers 1 through 4. The stipulated deadline for plaintiff's oppositions would be October 29, 2026.

| | |
|---|---|
| Dated October 22, 2026.<br><br>**POWELL STEWART**<br><br>By: /s/ Tom W. Stewart<br>Tom W. Stewart (14280)<br>Attorneys for Plaintiff | Dated October 22, 2026.<br><br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br><br>By: /s/ Jorge A. Ramirez<br>Jorge A. Ramirez (6787)<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: October 23, 2026

United States District Court Judge