**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAJOY WATSON,

Plaintiff

v.

DOLGEN MIDWEST, LLC,

Defendant

Case No.: 2:22-cv-00648-APG-NJK

**Order Denying Proposed Pretrial Orders**

[ECF Nos. 109, 110]

The plaintiff filed two supplemental proposed joint pretrial orders on November 16, 2026. ECF Nos. 109, 110. The first proposed order (ECF No. 109) was filed without the defendant's permission. *See* ECF No. 110 at 1 n.1. The second proposed order (ECF No. 110) is not signed by the defendant. Nor does it include the defendant's objections to the plaintiff's proposed exhibits. Finally, the parties have listed 33 witnesses for a trial that is to last 3-5 days; that cannot be done.

I THEREFORE ORDER that the supplemental proposed joint pretrial orders **(ECF Nos. 109, 110) are denied**.

DATED this 17th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE